**WALTERS v. BLAIR**

[344 N.C. 628 (1996)]

BEAMAN WALTERS, Employee, Plaintiff v. ALGERNON BLAIR, Employer; UNITED
STATES FIDELITY AND GUARANTY COMPANY, Carrier, Defendants

No. 462A95

(Filed 11 October 1996)

Appeal of right by defendants pursuant to N.C.G.S. § 7A-30(1) from the decision of the Court of Appeals, 120 N.C. App. 398, 462 S.E.2d 232 (1995), reversing an order of the North Carolina Industrial Commission and holding that N.C.G.S. § 97-63 violates the Constitution of the United States and the North Carolina Constitution. Heard in the Supreme Court 11 September 1996.

*Robin E. Hudson and Faith Herndon for plaintiff-appellee.*

*Maupin Taylor Ellis & Adams, P.A., by Thomas A. Farr and Peter D. Holthausen, for defendants-appellants.*

PER CURIAM.

AFFIRMED.